

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

FILED JAN 04 2019

WILLIAM W. BLEVINS
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(natural person) Martin El Bey
(strawman) CHRISTOPHER DEWAYNE MARTIN
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 18-12824

SECTION JMRG. L.

versus

STATE OF LOUISIANA'S OFFICERS
OF NEW ORLEANS (TRIAL JUDGE,
DISTRICT ATTORNEY'S, PUBLIC
ATTORNEY'S, CLERK'S, N.O.P.D.,
O.P.S.O./O.J.C.)

Print the full name of all defendants in this action.
**DO NOT WRITE et al.**

## COMPLAINT

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (✓) No ( )

TENDERED FOR FILING

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

JAN 04 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _Martin El Bey / CHRISTOPHER D. MARTIN_

   Defendants _STATE OF LOUISIANAS' OFFEOFEORLS ORLEANS PARISH_

2. Court (If federal court, name of the district court; if state court, name the parish.) _UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA_

3. Docket Number _18-5029 sec.: "N" (3)_

4. Name of judge to whom case was assigned _DANIEL E. KNOWLES, III UNITED STATES MAGISTRATE JUDGE_

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
   _dismissed for lack of pauper 21 day return limitation_

6. Approximate date of filing lawsuit _04/23/2018_

7. Approximate date of disposition _05/16/2018_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes (✓) No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_18-5029 disposition on 05/16/2018 sec.: "N" (3) "but" reallotment on 08/18/2018 to Judge SARAH S. VANCE by NANNETTE JOLIVETTE BROWN CHIEF JUDGE_

II. PLACE OF PRESENT CONFINEMENT: _O.P.S.O. / O.J.C._

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

_I have enclosed 6 copies of grievance that I have duplicate._

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __NO__

D. If your answer is NO, explain why you have not done so: __I have continued my request with O.J.C. legal department. An Inmate gets no where with these Officials. They send theorotic jesters at you with Officers like illegal strip searches-lockdown taunts. I know it's them by findings, because I keep filing complaints with courts.__

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) __CHRISTOPHER DEWAYNE MARTIN/ Martin El Bey__

Prisoner Number __2446860__

Address __2800 Perdido St. NOLA, 70119 (O.J.C. Part 4-D)__

Date of Birth __(BORN EARTHDAY) May 9, 1979__

Date of Arrest __February 23, 2017__

Date of Conviction __Charges currently pending__

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant **ROBERT RELAHER** is employed as **DETECTIVE POLICE** at **N.O.P.D. Second District**
Address for service: _____

C. Defendant **S. JENNINGS (#badge 809)** is employed as **DETECTIVE POLICE** at **N.O.P.D. Second District**
Address for service: _____

D. Defendant **STEPHEN WILLIAMS (badge #1119)** is employed as **DETECTIVE POLICE** at **N.O.P.D. Second District**
Address for service: _____

E. Defendant **ROBERT BLACKBURN** is employed as **COMMISSIONER JUDGE** at **41 ST Judicial District**
Address for service: _____

F. Defendant **CAMELLE BURAS** is employed as **TRIAL JUDGE** at **ORLEANS Criminal District Court "H"**
Address for service: _____

G. Defendant **LEON CANNIZZARO JR.** is employed as **HEAD DISTRICT ATTORNEY** at **ORLEANS District Attorney's Office**
Address for service: _____

further Names attached.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I have asserted my Aboriginal Native Moroccan(UNEROPIAN) Reservation of Rights multiple times & again, as well as the UNITED STATES Constitution Continuously, before & while In Pro se as a Natural Person.

All Parties/Defendants involved have maliciously intended to vigorously sabotage my life, physically & mentally, with no relent.

These Defendants in this litigation have no honor nor respect for the U.S. Constitution, & they all most definitely have seek to —

4

annihilate my character of person & life, which also has taken affect on my offspring & family. Injustice, Bias & Racial Profiling / Discrimination.

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I, the Aboriginal Native Moroccan (AMERICAN), by Rights of 'Sovereignty' Declare all listed Defendants be penalized in their personal & official capacity to me, forthwith without prejudice. Monetary damages shall be paid to me for each day/night since arrested & detained on 02/23/2017 until I get release. Each violation of Defendants has a specified amount to pay according to U.S.C. & U.C.C. for everyday held captive. I also seek dismissal & release of all pending accusation of STATE against me.

VI. **Plaintiff's Declaration**

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __19th__ day of __DECEMBER__, 20__18__.

*Hatten El Bey*
CHRISTOPHER D. NORTON
(Signature of Plaintiff)

10/2015

## TORT OF PARTIES

All Parties/Defendants are liable for suit in their personal & official capacity to wit, without prejudice.

Defendant IRROLYN J. LOUVROS (LA. BAR ROLL #3777) is employed as ASS. D.A. PROSECUTOR at ORLEANS District Attorney's Office

Defendant AUTHOR MORRELL is employed as DEPUTY CLERK at ORLEANS Clerk's of Courts Office

Defendant MEHTAB BRAR is employed as PUBLIC DEFENDER at ORLEANS Public Defenders Office

Defendant ANDRIENNE COUSINS is employed as PUBLIC DEFENDER at ORLEANS Public Defenders Office

Defendant EMILY NEW is employed as PUBLIC DEFENDER at ORLEANS Public Defenders Office

Defendant MARLIN N. GUSMAN is employed as HEAD SHEREFF OF ORLEANS PARRISH at ORLEANS PARRISH SHEREFF OFFICE

Defendant BLAKE ARCURE is employed as GENERAL COUNSEL OVER LEGAL AIDS DEPARTMENT at ORLEANS JUSTICE CENTER

Defendant HARRY E. CANTRELL is employed as MAGISTRATE JUDGE at ORLEANS Magistrate Court

## CLAIMS / COMPLAINTS

I hereby Declare the "ACTS OF STATE" Unconstitutional "Injustice, Bias & Racial Profiling / Discrimination". I furthermore Claim / Complaint FEDERAL "Hate Crimes" committed against me by All OFFICIALS / DEFENDANTS & Asst. in this Context.

Conspiring / Initiating:
Slavery force compliance, Kidnap, sexual assault (by N.O.P.D. 2nd District & O.P.S.O., O.J.C.), hostage, duress, coercion, threaten, extortion, false documents (color-of-law), misprision of felon, fraud, perjury, subornation of perjury, civil racketeering, criminal racketeering, mail threat, denied proper warrant, denied reservation of rights & immunities, defamation of character, denied right to truth of evidence, denied right to reasonable defense, genocide, etc., etc., etc.

Deceptively imposing:
JIM CROW, WILLIE LYNCH, BLACK CODES, CAPTIVE LAW, PATENT ACTS, COMMON LAWS, CRIMINAL CODE & PROCEDURE, etc., etc., etc.

All aforesaid Action towards me illegal, unlawful strikes my True Aboriginal Native Morocco (AMEXXEM) Rights &/or Civil Rights & U.S. Constitutional Rights.

"I seek release of charges, monetary damages & payments penalization of Officials. I AM He that has sent multiple letters to My National Peers, NEWS Media, A.C.L.U. & will further do so until this problem is seized & amended.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
JAN 04 2019
TENDERED FOR FILING

## Orleans Parish Jail
Inmate Request System
Printed: 9/18/2017 2:24:47 PM

**Request #459074**
Closed - 2) Request
MARTIN, CHRISTOPHER D (2446860)
Current Location: OJC4 4 D DRM

**Initial Request**
Original Location:
9/15/2017 1:28 AM
Legal Advicer.... I AM MY attorney!!! Being in this prison corporation, every inmate is suppose to be provided with all legal supplies as requested!!! I AM representing myself being reason requesting for the Black Law dictionary, being My Constitutional Right. Thank U!!!

Kimberly Cazenave
9/15/2017 9:00:00 AM
Please provide the case number in where you are representing yourself.

Kimberly Cazenave
9/15/2017 1:20:00 PM
Please provide the case number in which you are representing yourself.

Blake Arcuri
9/15/2017 3:10:00 PM
You are being represented by Mehtab Brar. Even if you choose to reject the assistance of this counsel, you will not be provided with access to any law library. This is consistent with Fifth Circuit law.

**Request Members (2 active)**
Blake Arcuri - 9/15/2017 8:13 AM
Kimberly Cazenave - 9/15/2017 8:13 AM

**Tags (1 active)**
LEGL- Case/ Law Library (Request)
9/15/2017 8:13:00 AM
Erin Williams

**Activities**
9/15/2017 3:10:00 PM
RequestClosed
Blake Arcuri

9/15/2017 3:10:00 PM
ResponseAdded
Blake Arcuri

9/15/2017 1:20:00 PM
ResponseRecalled
Kimberly Cazenave

9/15/2017 1:20:00 PM
ResponseAdded
Kimberly Cazenave

9/15/2017 9:00:00 AM
ResponseAdded
Kimberly Cazenave

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentAdded
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams



XIV of XVIII

## Orleans Parish Jail
Inmate Request System
Printed: 9/18/2017 2:25:09 PM

**Request #459075**
Closed - 1) Grievance
MARTIN, CHRISTOPHER D (2446860)
Current Location: OJC4 4 D DRM

### Initial Request
Original Location:
9/15/2017 1:39 AM
AFFIDAVIT. I AM Christopher Dewayne Martin El, A Free and Sovereign Moorish American National In Propria Persona, Sui Juris, Northwest Amexem, Northwest Africa, North America, All Rights Reserved w/o Prejudice/Recourse. U.C.C. 1 through 207/308, U.C.C. 1 through 103. Being truth!!! I AM not being provided with proper legal aides!!!

Blake Arcuri
9/15/2017 3:11:00 PM
As your reservation of rights was denied in Court by Judge Buras, it has no legal meaning or effect here.

### Request Members (1 active)
Blake Arcuri - 9/15/2017 8:13 AM

### Tags (1 active)
LEGL- Case/ Law Library (Complaint)
9/15/2017 8:13:00 AM
Erin Williams

### Activities
9/15/2017 3:11:00 PM
RequestClosed
Blake Arcuri

9/15/2017 3:11:00 PM
ResponseAdded
Blake Arcuri

9/15/2017 8:25:00 AM
MarkedAsAppealable
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentRemoved
Erin Williams

9/15/2017 8:13:00 AM
AssignmentAdded
Erin Williams

9/15/2017 8:13:00 AM
TagAdded
Erin Williams

XV of XVIII

## Orleans Parish Jail
Inmate Request System
Printed: 1/9/2018 3:38:01 PM

**Request #474271**
Closed - 2) Request
MARTIN, CHRISTOPHER D (2446860)
Current Location: OJC4 4 D DRM

**Initial Request**
Original Location:
12/19/2017 12:54 AM
Blake Acuri. My request being Sole Authorized Representative in section H/ C. Buras, case No. 534305... My request is to borrow the State of Louisiana Constitution and U.S.A. Constitution, Please!!! ThankU.

Mechelle M Delahoussaye
12/19/2017 1:56:00 PM
THIS REQUEST IS CURRENTLY IN PROCESS.

Inmate Comment
12/19/2017 3:11:00 PM
Thank U

Mechelle M Delahoussaye
12/20/2017 11:17:00 AM
THIS IS IN RESPONSE TO YOUR REQUEST...ON DECEMBER 20, 2017 INMATE LEGAL SERVICE PROVIDED YOU WITH THE LA & U.S. CONSTITUTIONS. LEGAL WILL RETURN ON DECEMBER 27, 2017 TO PICK UP THE LEGAL MATERIAL, LOANED TO YOU.

**Request Members (2 active)**
Mechelle M Delahoussaye - 12/19/2017 10:04 AM
Kimberly Cazenave - 12/19/2017 8:47 AM

**Tags (1 active)**
LEGL- Case/ Law Library (Request)
12/19/2017 8:47:00 AM
Youmesia Williams

**Activities**
12/20/2017 11:17:00 AM
RequestClosed
Mechelle M Delahoussaye

12/20/2017 11:17:00 AM
ResponseAdded
Mechelle M Delahoussaye

12/19/2017 1:56:00 PM
ResponseAdded
Mechelle M Delahoussaye

12/19/2017 10:04:00 AM
AssignmentAdded
Kimberly Cazenave

12/19/2017 10:04:00 AM
AssignmentRemoved
Kimberly Cazenave

12/19/2017 8:47:00 AM
AssignmentRemoved
Youmesia Williams

12/19/2017 8:47:00 AM
AssignmentRemoved
Youmesia Williams

12/19/2017 8:47:00 AM
AssignmentRemoved
Youmesia Williams

12/19/2017 8:47:00 AM
AssignmentRemoved
Youmesia Williams

12/19/2017 8:47:00 AM
AssignmentAdded
Youmesia Williams

12/19/2017 8:47:00 AM
AssignmentRemoved
Youmesia Williams

*"I can borrow LA. & U.S. Constitution, but any other asst. I must contact a Lawyer?"*

XVI of XVIII

## Orleans Parish Jail
Inmate Request System
Printed: 1/9/2018 3:40:07 PM

**Request #475975**
Closed - 1) Grievance
MARTIN, CHRISTOPHER D (2446860)
Current Location: OJC4 4 D DRM

**Initial Request**
Original Location:
1/4/2018 1:07 PM
Ms. Delahoussaye: I need a copy of my docket master!!! My last court appearance, Dec. 7 2017 on a thursday, I was Declared compotent to stand trial as Solely Representative!!! It was noted on record I AM Solely Authorized Representative!!! Lawyers are colonial descent of foreign government!!! Being reason of entire movement of Self Representation, Me Being a Sovereign Moorish American!!! Thank You!!!

Blake Arcuri
1/8/2018 1:23:00 PM
You have received a docket master. You will not receive legal research pertaining to your criminal matter. You have been offered the assistance of the public defender's office and you have declined that assistance. Per Degrate v. Godwin, 84 F.3d 768 (5th Cir. 1996), an inmate who has been offered appointment of counsel and who rejects that counsel is not entitled to "had no constitutional right to access a law library in preparing the pro se defense of his criminal trial."

**Request Members (2 active)**
Blake Arcuri - 1/04/2018 1:08 PM
Kimberly Cazenave - 1/04/2018 1:08 PM

**Tags (1 active)**
LEGL-Request for Service
1/4/2018 1:08:00 PM
Erin Williams

**Activities**
1/8/2018 1:23:00 PM
RequestClosed
Blake Arcuri

1/8/2018 1:23:00 PM
ResponseAdded
Blake Arcuri

1/4/2018 1:08:00 PM
AssignmentRemoved
Erin Williams

1/4/2018 1:08:00 PM
AssignmentRemoved
Erin Williams

1/4/2018 1:08:00 PM
AssignmentRemoved
Erin Williams

1/4/2018 1:08:00 PM
AssignmentRemoved
Erin Williams

1/4/2018 1:08:00 PM
AssignmentAdded
Erin Williams

1/4/2018 1:08:00 PM
AssignmentRemoved
Erin Williams

1/4/2018 1:08:00 PM
AssignmentAdded
Erin Williams

1/4/2018 1:08:00 PM
TagAdded
Erin Williams

## Orleans Parish Jail
Inmate Request System
Printed: 1/9/2018 3:40:22 PM

### Request #476068
Closed - 1) Grievance
MARTIN, CHRISTOPHER D (2446860)
Current Location: OJC4 4 D DRM

### Initial Request
Original Location:
1/5/2018 1:37 AM
Ms. Delahoussaye: My request is consistly secured by LA. Constitution, art. 1 of 22, 24 and 26..... Being reason of me requesting Black Law Dictionary!!! Thank You

Mechelle M Delahoussaye
1/5/2018 10:29:00 AM
THIS IS IN RSPONSE TOYOUR REQUEST...ACCORDING TO YOUR COURT DOCKET THE JUDGE DENIED YOUR REQUEST TO REPRESENT YOURSELF PRO SE. PLEASE CONTACT YOUR ATTORNEY FOR ASSISTANCE WITH RESEARCHING YOUR CURRENT CHARGES AND CASE.

### Request Members (2 active)
Mechelle M Delahoussaye - 1/05/2018 10:05 AM

Kimberly Cazenave - 1/05/2018 8:10 AM

### Tags (1 active)
LEGL- Case/ Law Library (Request)
1/5/2018 8:10:00 AM
Erin Williams

### Activities
1/5/2018 10:29:00 AM
RequestClosed
Mechelle M Delahoussaye

1/5/2018 10:29:00 AM
ResponseAdded
Mechelle M Delahoussaye

1/5/2018 10:05:00 AM
AssignmentAdded
Kimberly Cazenave

1/5/2018 10:05:00 AM
AssignmentRemoved
Kimberly Cazenave

1/5/2018 8:10:00 AM
AssignmentRemoved
Erin Williams

1/5/2018 8:10:00 AM
AssignmentRemoved
Erin Williams

1/5/2018 8:10:00 AM
AssignmentRemoved
Erin Williams

1/5/2018 8:10:00 AM
AssignmentRemoved
Erin Williams

1/5/2018 8:10:00 AM
AssignmentAdded
Erin Williams

1/5/2018 8:10:00 AM
AssignmentRemoved
Erin Williams

1/5/2018 8:10:00 AM
AssignmentAdded
Erin Williams

# Orleans Parish Jail
Inmate Request System
Printed: 1/9/2018 3:41:03 PM

### Request #476497
Closed - 1) Grievance
MARTIN, CHRISTOPHER D (2446860)
Current Location: OJC4 4 D DRM

### Initial Request
Original Location:
1/9/2018 12:19 AM
Blake Acuri: This Infringing corporation Of O.J.C. and O.C.D.C is in over violation of Organic Land Law of natural people, and I AM Moorish American/ Sovereing in fact!!! U r in violation of Treason and Melfe. also. where rights secured by the constitution are involved, there can be no rule making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125: and title 18, part 1, chapter 13 of 241 U.S. code of law. I Request a copy of your Oath Bound promptly!!! Thank U.

Blake Arcuri
1/9/2018 8:18:00 AM
U.S. and Louisiana law apply here. Please contact your attorney for any materials or advise pertaining to your pending criminal charge.

### Request Members (2 active)
Blake Arcuri - 1/09/2018 7:43 AM

Kimberly Cazenave - 1/09/2018 7:43 AM

### Tags (1 active)
LEGL-Request for Service
1/9/2018 7:43:00 AM
Youmesia Williams

### Activities
1/9/2018 8:18:00 AM
RequestClosed
Blake Arcuri

1/9/2018 8:18:00 AM
ResponseAdded
Blake Arcuri

1/9/2018 7:43:00 AM
TagAdded
Youmesia Williams

1/9/2018 7:43:00 AM
TagRemoved
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentRemoved
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentRemoved
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentRemoved
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentRemoved
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentAdded
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentRemoved
Youmesia Williams

1/9/2018 7:43:00 AM
AssignmentAdded
Youmesia Williams

# ATTENTION!

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

NOTICE OF DEFICIENT FILING

Dated by CLERK, U.S. DISTRICT COURT 12/12/2018 To (strawman) CHRISTOPHER D. MARTIN informing to provide additional information as pauper within Twenty-one (21) day time frame.

POSTAL SERVICE OF U.S. dated 12/15/2018. O.P.S.O., O.J.C. mail department Officer delivered notice for me to sign dated 12/19/2018.

The same morning I recieved notice, I read, completed plaintiff's forms, & requested on Inmate Request System to O.J.C. financial records Officer to provide statement of account information. I didn't physically speak to Officer showing my notice until 12/21/2018.
Resultantly I still didn't recieve requested assistance until 12/29/2018. This proven lack of urgency by O.P.S.O., O.J.C., along with Christmas/New Years Holiday schedule slowing process.

CHRISTOPHER D. MARTIN
Martin El Bey
12/29/2018

TENDERED FOR FILING

JAN 04 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

