UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DWAYNE MARTIN<br>a/k/a MARTIN EL BEY | CIVIL ACTION |
| VERSUS | NO. 18-12824 |
| STATE OF LOUISIANA'S<br>OFFICIALS OF NEW ORLEANS, ET<br>AL. | SECTION: "J"(1) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 6), and the objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 20th day of February, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE